UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

v().                      Civil Action No. 1:22-cv-10714-RGS

MALL AT NORTHSHORE, LLC,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: September 27, 2022.

| | |
|---|---|
| s/Lee D. Sarkin | s/Brian C. Blair |
| Lee D. Sarkin, Esq. | Brian C. Blair, Esq. (PHV) |
| BBO No. 710006 | bblair@bakerlaw.com |
| 2 Burlington Woods Drive | Florida Bar No. 973084 |
| Suite 100 | P. Alexander Quimby, Esq. (PHV) |
| Burlington, Ma. 01803 | Florida Bar No. 99954 |
| Telephone (781) 222-4032 | aquimby@bakerlaw.com |
| LSarkin@aol.com | Baker & Hostetler, LLP |
| | 200 South Orange Avenue |
| Attorney for Plaintiff | Suite 2300 |
| | Orlando, Florida 32801 |
| | Telephone (407) 649-4000 |
| | |
| | Lauren J. Resnick, Esq. |
| | lresnick@bakerlaw.com |
| | Baker & Hostetler LLC |
| | BBO # 557275 |
| | 45 Rockefeller Plaza |
| | New York, NY 10111 |
| | Telephone (212) 589-4200 |
| | |
| | Attorneys for Defendant |